FILED 9 NOV '20 10:57USDC-ORP

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
PORTLAND       DIVISION

Jorge Lucero

_(Enter full name of plaintiff(s))_

Plaintiff(s),

United States of America
Lieutenant Eddie Bance
Officer Brian Wade
Dr. Andrew Grasley
_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 3:20-cv-01967-SI
_____
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED**
_IN FORMA PAUPERIS_

I, __Jorge Lucero__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1.   Are you currently incarcerated?   ☑ Yes   ☐ No

If "Yes" state the place of your incarceration:   **FCI Butner Med #1**

If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.

2.   Are you currently employed?   ☐ Yes   ☑ No   ☐ Self-employed

a.   If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ _(specify pay period)_

b.    If the answer is "No," state:

Name of last employer: ___C &M    Relocations___

Address of last employer: ___Santee , CA___

Date of last employment: ___12 · 16 · 16___

Amount of take-home salary or wages: $_____ per _____ (specify pay period)

3.    Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☑ Not applicable

a.    If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (specify pay period)

b.    Do you have access to your spouse's funds to pay the filing fee in this case?   ☐ Yes   ☐ No

Please explain your response below:

_____
_____
_____
_____

c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:

_____
_____
_____
_____

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business, profession or other self-employment   ☐ Yes  ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

b.    Rent payments, interest, or dividends      ☐ Yes        ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

c.    Pensions, annuities, or life insurance payments  ☐ Yes  ☑ No

      If "Yes," state:  Amount received:      $ _____

                    Amount expected in future:  $ _____

d.    Disability or workers compensation payments  ☐ Yes  ☑ No

      If "Yes," state:  Amount received:      $ _____

                    Amount expected in future:  $ _____

e.    Gifts or inheritances                    ☐ Yes  ☑ No

      If "Yes," state:  Amount received:      $ _____

                    Amount expected in future:  $ _____

f.    Any other sources                    ☐ Yes  ☐ No

      If "Yes," state:  Source: ____ _Prison_ _job_ _____

                    Amount received:      $ ____ _Varies_ _____

                    Amount expected in future:  $ ____ _60_ _per_ _month_

5.    Do you have cash or checking or savings accounts?  ☑ Yes  ☐ No
(including prison trust accounts)?

    If "Yes," state the total amount: ____ _0_ _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☑ No

    If "Yes," describe the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

7.    Do you have any other assets?  ☐ Yes  ☑ No

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____
    _____

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☐ Yes    ☑ No

If "Yes," describe and provide the amount of the monthly expense.

_____
_____
_____
_____
_____
_____
_____

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

_____
_____
_____
_____
_____
_____
_____

10.    Do you have any debts or financial obligations?    ☑ Yes    ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

_____
_____
_____
_____
_____
_____
_____

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                             SIGNATURE OF APPLICANT

                                 _____
                                 PRINTED NAME OF APPLICANT

Revised April 11, 2016
Page 4                                                          USDC - Oregon

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $ *1,017. 85* on account to his/her credit

at *FCI Butner* _____ (name of institution).   I further certify that during the

past six months the applicant's average monthly balance was $ *713. 69*.   I further certify that during

the past six months the average of monthly deposits to the applicant's account was $ *214. 56*

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

*10/21/20*
DATE

*C. Mul*
SIGNATURE OF AUTHORIZED OFFICER

# All Transactions



| | |
|---|---|
| **Inmate Reg #:** | 59330298 |
| **Inmate Name:** | LUCERO, JORGE |
| **Report Date:** | 10/20/2020 |
| **Report Time:** | 1:18:38 PM |

| | |
|---|---|
| **Current Institution:** | Butner FCC |
| **Housing Unit:** | BUT-G-A |
| **Living Quarters:** | G04-014U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/18/2020 7:47:25 PM | TRUL Withdrawal | ($10.00) | TL1018 | | $1,017.85 |
| 10/15/2020 12:22:33 PM | Sales - Fingerprint | ($70.10) | 43 | | $1,027.85 |
| 10/8/2020 8:08:58 AM | Pre-Release Transaction | ($10.20) | WIPP0920 | | |
| 10/8/2020 8:08:58 AM | Payroll - IPP | $102.00 | WIPP0920 | | $1,097.95 |
| 10/6/2020 1:24:25 PM | Sales - No FP (Non-FP Session) | ($50.15) | 56 | | $995.95 |
| 9/8/2020 10:15:53 AM | Pre-Release Transaction | ($10.20) | VIPP0820 | | |
| 9/8/2020 10:15:53 AM | Payroll - IPP | $102.00 | VIPP0820 | | $1,046.10 |
| 9/7/2020 1:55:20 PM | Inmate Co-pay | ($2.00) | VICP0920 | | $944.10 |
| 9/6/2020 6:48:23 PM | TRUL Withdrawal | ($15.00) | TL0906 | | $946.10 |
| 9/2/2020 9:04:00 PM | Pre-Release Transaction | ($10.00) | 33320246 | | |
| 9/2/2020 9:04:00 PM | Western Union | $100.00 | 33320246 | | $961.10 |
| 8/28/2020 3:04:46 PM | Pre-Release Transaction | ($5.00) | 33320241 | | |
| 8/28/2020 3:04:46 PM | Western Union | $50.00 | 33320241 | | $861.10 |
| 8/25/2020 7:44:12 PM | TRUL Withdrawal | ($10.00) | TL0825 | | $811.10 |
| 8/7/2020 8:07:48 AM | Pre-Release Transaction | ($10.50) | VIPP0720 | | |
| 8/7/2020 8:07:48 AM | Payroll - IPP | $105.00 | VIPP0720 | | $821.10 |
| 7/28/2020 7:31:36 PM | TRUL Withdrawal | ($15.00) | TL0728 | | $716.10 |
| 7/23/2020 10:27:24 AM | Sales - No FP (Non-FP Session) | ($36.70) | 10 | | $731.10 |
| 7/9/2020 9:49:05 AM | Sales - No FP (Non-FP Session) | ($37.10) | 4 | | $767.80 |
| 7/8/2020 10:05:14 AM | Pre-Release Transaction | ($6.40) | VIPP0620 | | |
| 7/8/2020 10:05:14 AM | Payroll - IPP | $64.00 | VIPP0620 | | $804.90 |
| 6/29/2020 9:28:31 AM | Pre-Release Transaction | $0.50 | TL062020 | | |
| 6/29/2020 9:27:14 AM | TRUL Withdrawal | ($5.00) | TL0629 | | $740.90 |
| 6/28/2020 7:04:34 AM | Pre-Release Transaction | ($10.00) | 33320180 | | |
| 6/28/2020 7:04:34 AM | Western Union | $100.00 | 33320180 | | $745.90 |
| 6/25/2020 9:49:37 AM | Sales - No FP (Non-FP Session) | ($21.35) | 13 | | $645.90 |
| 6/22/2020 7:06:23 AM | Pre-Release Transaction | ($20.00) | 33320174 | | |
| 6/22/2020 7:06:23 AM | Western Union | $200.00 | 33320174 | | $667.25 |
| 6/15/2020 10:41:57 AM | Sales - No FP (Non-FP Session) | ($50.55) | 12 | | $467.25 |
| 6/8/2020 8:14:20 AM | Pre-Release Transaction | ($6.40) | VIPP0520 | | |
| 6/8/2020 8:14:20 AM | Payroll - IPP | $64.00 | VIPP0520 | | $517.80 |
| 5/29/2020 10:51:28 AM | Sales - No FP (Non-FP Session) | ($3.90) | 9 | | $453.80 |
| 5/26/2020 2:27:52 PM | TRUL Withdrawal | ($15.00) | TL0526 | | $457.70 |
| 5/22/2020 10:30:13 AM | Sales - No FP (Non-FP Session) | $0.00 | 9 | | $472.70 |
| 5/18/2020 10:01:12 AM | Sales - No FP (Non-FP Session) | ($49.20) | 20 | | $472.70 |
| 5/15/2020 9:03:56 PM | Pre-Release Transaction | ($5.00) | 33320136 | | |
| 5/15/2020 9:03:56 PM | Western Union | $50.00 | 33320136 | | $521.90 |
| 5/12/2020 7:10:37 PM | Pre-Release Transaction | ($64.62) | TL052020 | | |
| 5/10/2020 8:03:53 PM | Pre-Release Transaction | ($10.00) | 33320131 | | |
| 5/10/2020 8:03:53 PM | Western Union | $100.00 | 33320131 | | $471.90 |
| 5/8/2020 11:11:31 AM | Sales - No FP (Non-FP Session) | ($0.90) | 14 | | $371.90 |
| 5/8/2020 10:30:28 AM | Pre-Release Transaction | ($15.04) | VIPP0420 | | |
| 5/8/2020 10:30:28 AM | Payroll - IPP | $150.40 | VIPP0420 | | $372.80 |
| 5/7/2020 7:07:17 PM | TRUL Withdrawal | ($15.00) | TL0507 | | $222.40 |
| 5/1/2020 11:06:14 AM | Sales - No FP (Non-FP Session) | ($0.90) | 6 | | $237.40 |
| 4/29/2020 8:03:47 AM | Pre-Release Transaction | ($10.00) | 33320120 | | |
| 4/29/2020 8:03:47 AM | Western Union | $100.00 | 33320120 | | $238.30 |
| 4/28/2020 7:08:11 PM | TRUL Withdrawal | ($5.00) | TL0428 | | $138.30 |
| 4/13/2020 12:29:50 PM | Sales - No FP (Non-FP Session) | ($22.35) | 74 | | $143.30 |
| 4/10/2020 9:55:30 PM | Pre-Release Transaction | $29.00 | TL042020 | | |

# All Transactions



| Inmate Reg #: | 59330298 | Current Institution: | Butner FCC |
|---|---|---|---|
| Inmate Name: | LUCERO, JORGE | Housing Unit: | BUT-G-A |
| Report Date: | 10/20/2020 | Living Quarters: | G04-014U |
| Report Time: | 1:19:07 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 4/10/2020 9:54:33 PM | TRUL Withdrawal | ($5.00) | TL0410 | | $165.65 |
| 4/8/2020 7:21:23 AM | Pre-Release Transaction | ($6.40) | VIPP0320 | | |
| 4/8/2020 7:21:23 AM | Payroll - IPP | $64.00 | VIPP0320 | | $170.65 |
| 4/6/2020 10:41:07 AM | Sales - No FP (Non-FP Session) | ($2.60) | 10 | | $106.65 |
| 4/3/2020 12:49:29 PM | Sales - No FP (Non-FP Session) | ($18.40) | 87 | | $109.25 |
| 3/24/2020 10:52:20 AM | TRUL Withdrawal | ($5.00) | TL0324 | | $127.65 |
| 3/10/2020 5:02:55 PM | Sales - Fingerprint | ($27.50) | 65 | | $132.65 |
| 3/9/2020 8:48:04 AM | FRP Quarterly Pymt | ($25.00) | VFRP0320 | | $160.15 |
| 3/9/2020 8:46:46 AM | Pre-Release Transaction | ($4.64) | VIPP0220 | | |
| 3/9/2020 8:46:46 AM | Payroll - IPP | $46.40 | VIPP0220 | | $185.15 |
| 3/3/2020 7:58:07 PM | Phone Withdrawal | ($8.00) | TFN0303 | | $138.75 |
| 3/3/2020 12:48:23 PM | Sales - Fingerprint | ($36.55) | 2 | | $146.75 |
| 2/24/2020 7:05:01 PM | Pre-Release Transaction | ($5.00) | 33320055 | | |
| 2/24/2020 7:05:01 PM | Western Union | $50.00 | 33320055 | | $183.30 |
| 2/24/2020 9:06:34 AM | TRUL Withdrawal | ($10.00) | TL0224 | | $133.30 |
| 2/22/2020 6:57:07 PM | Phone Withdrawal | ($4.00) | TFN0222 | | $143.30 |
| 2/22/2020 6:49:54 PM | Phone Withdrawal | ($1.00) | TFN0222 | | $147.30 |
| 2/22/2020 3:04:44 PM | Pre-Release Transaction | ($10.00) | 33320053 | | |
| 2/22/2020 3:04:44 PM | Western Union | $100.00 | 33320053 | | $148.30 |
| 2/17/2020 12:17:29 PM | Pre-Release Transaction | $0.09 | TL022020 | | |
| 2/7/2020 11:19:13 AM | Pre-Release Transaction | ($2.72) | VIPP0120 | | |
| 2/7/2020 11:19:13 AM | Payroll - IPP | $27.20 | VIPP0120 | | $48.30 |
| 2/4/2020 7:57:06 PM | Phone Withdrawal | ($3.00) | TFN0204 | | $21.10 |
| 2/3/2020 7:58:35 PM | Phone Withdrawal | ($2.00) | TFN0203 | | $24.10 |
| 1/28/2020 5:21:12 PM | Sales - Fingerprint | ($14.60) | 33 | | $26.10 |

1 2

Administrative Hold Balance: $0.00
Available Balance: $824.65
National 6 Months Deposits: $1,287.40
National 6 Months Withdrawals: $412.85
Available Funds to be considered for IFRP Payments: $837.40
National 6 Months Avg Daily Balance: $713.69
Local Max. Balance - Prev. 30 Days: $1,097.95
Average Balance - Prev. 30 Days: $1,050.35

## Commissary History

### Purchases

Validation Period Purchases: $120.25
YTD Purchases: $120.25
Last Sales Date: 10/15/2020 12:22:33 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: Yes
Bi-Weekly Revalidation: No
Spending Limit: $85.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $85.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

**Comments**

Comments:

---

# Inmate Inquiry

 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 59330298 | Current Institution: | Butner FCC |
| Inmate Name: | LUCERO, JORGE | Housing Unit: | BUT-G-A |
| Report Date: | 10/21/2020 | Living Quarters: | G04-014U |
| Report Time: | 3:28:45 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5275 |
| PAC #: | 126879990 |
| Revalidation Date: | 1st |
| FRP Participation Status: | Completed |
| Arrived From: | SHE |
| Transferred To: | |
| Account Creation Date: | 12/16/2016 |
| Local Account Activation Date: | 6/29/2019 8:23:08 AM |
| Sort Codes: | |
| Last Account Update: | 10/19/2020 12:11:43 AM |
| Account Status: | Active |
| Phone Balance: | $1.47 |

### Pre-Release Plan Information

| | | | |
|---|---|---|---|
| Target Pre-Release Account Balance: | $2,000.00 | | |
| Pre-Release Deduction %: | 10% | | |
| Income Categories to Deduct From: | ☑ Payroll | ☑ Outside Source Funds | |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $1,017.85 |
| Pre-Release Balance: | $193.20 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |