John Burgess, OSB#106498

Law Office of Daniel Snyder

1000 SW Broadway, Ste. 2400

Portland, OR 97205

johnburgess@lawofficeofdanielsnyder.com

(Name of Attorney & Contact Information)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Jorge Lucero

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.

        Defendant.

Case No. 3:20-CV-01967-SI

AMENDED MOTION FOR REIMBURSEMENT OF OUT-OF-POCKET EXPENSES

Pursuant to the Court's Pro Bono Representation Program, I hereby move the Court for reimbursement of the following out-of-pocket expenses incurred to represent Jorge Lucero (name of litigant).

**EXPENSES BEING CLAIMED** (Receipts attached):

| | |
|---|---|
| Copy Costs: | $ 0 |
| Deposition costs or transcripts: | $ 686.35 |
| Travel expenses: | $ 0 |
| Telephone charges: | $ 0 |
| Court fees: | $ 0 |
| Witness fees: | $ 0 |
| Interpreter fees: | $ 0 |
| Other (list & describe below) | $ 5,400.00 |
| Total: | $ 6,086.35 |

I ☒ have or ☐ have not previously submitted a claim for reimbursement in this case. The amount of claims to date submitted in this case total: $ 0.

Page **1** of **2** - Motion for Reimbursement of Out-of-Pocket Expenses

I swear or affirm that the expenses listed above were reasonably and necessarily incurred in this case to:

☐ Complete the appointment for the specific purpose of:

☑ Complete an Appointment for All Purposes and that the expenses listed are not recoverable in the event that the litigant prevails.

Dated this __11__ day of __April__, 20 __24__

/s/ John Burgess
Signature
Pro Bono Counsel for Jorge Lucero

Other Expenses (from Page 1):

| Expense Description | Amount Being Claimed (Receipts attached) |
|---|---|
| Expert report drafted by ENT physician, Dr. Camille Graham | $ 5,400 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |

Page **2** of **2** - Motion for Reimbursement of Out-of-Pocket Expenses

# Invoice

# Camille Graham

| | |
|---|---|
| **Invoice number** | E6FC7A68-0001 |
| Date of issue | April 24, 2023 |
| Date due | May 24, 2023 |
| Client | Law Offices Daniel Snyder |

**Camille Graham**
6318 Carrington Drive
Dallas, Texas 75254
United States
+1 972-979-9927

**Bill to**
John Burgess
+1 503-241-3617
johnburgess@lawofficeofdanielsnyder.com

## $5,400.00 due May 24, 2023

[Pay online](#)

As of today, the $1000 retainer fee was not received, therefore I included the total time spent. If the retainer fee has been mailed, please deduct $1000. Thank you.

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Expert report- Jorge Lucero | 9 | $600.00 | $5,400.00 |
| | Subtotal | | $5,400.00 |
| | Total | | $5,400.00 |
| | **Amount due** | | **$5,400.00** |

**Daniel Snyder**
**Law Offices of Daniel Snyder**
1000 SW Broadway, Suite 2400
Portland, OR 97205
(503) 241-3617

Key Bank National Association
Portland, Oregon 97204
24-201/1230

20128

4/27/2023

PAY TO THE ORDER OF   Camille Graham    $ **5,400.00

Five Thousand Four Hundred and 00/100************************************************************ DOLLARS

Camille Graham
6318 Carrington Dr
Dallas, TX 75254

Void after 90 days

VALID VALID VA
ALID VALID VA
LID VALID VA
LID VALID VA

*[signature]*

AUTHORIZED SIGNATURE

MEMO



# INVOICE

| | |
|---|---|
| Law Offices of Daniel Snyder<br>ATTN: Mr. John D. Burgess<br>1000 SW Broadway, Suite 2400<br>Portland, OR 97205 | **Invoice Number:** 204568<br>Invoice Date: 12/27/2022<br>Job Number: 304282 |

In Re:   JORGE LUCERO v. UNITED STATES OF AMERICA
Case Number: 3:20-cv-01967-SI
Attendance Date: 12/15/2022, 9:30 a.m.

| Qty | Description | Amount |
|---:|---|---:|
| | **Jorge Lucero** | |
| 93 | Deposition Transcript Copy/Word Index/Condensed | 255.75 |
| 1 | E-Transcript | 15.00 |
| 104 | Exhibits - Digital Exhibit Processing | 15.60 |
| | Invoice Total: | 286.35 |

Thank you. We appreciate your business!

*LNS is in compliance with ORS 45.138(2) in offering court reporting services & fees to all parties on equal terms.*

**Please return voucher below with payment or reference invoice number with payment.**

Tax ID: 93-0938454
DUE UPON RECEIPT

---

**PLEASE DETACH AND RETURN WITH PAYMENT**

**Invoice Numbers:** 204568    **Amount Due:** $286.35    **Amount Enclosed:** $ _____

| | | |
|---|---|---|
| **Daniel Snyder**<br>**Law Offices of Daniel Snyder**<br>1000 SW Broadway, Suite 2400<br>Portland, OR 97205<br>(503) 241-3617 | **Key Bank National Association**<br>Portland, Oregon 97204<br>24-201/1230 | **20037**<br><br>1/26/2023 |

PAY TO THE ORDER OF    LNS Court Reporting                                   $ **286.35

Two Hundred Eighty-Six and 35/100************************************************************************    DOLLARS

LNS Court Reporting
520 SW Yamhill St, Ste 444
Portland, OR 97204-1327

Void after 90 days

MEMO                                                                   AUTHORIZED SIGNATURE

REDACTED

**Invoice 26557 from Aufdermauer Pearce Court Reporting**

**dpearce.at.ap@gmail.com <dpearce.at.ap@gmail.com>**

Thu 4/11/2024 3:30 PM

To:Carl Post <carlpost@lawofficeofdanielsnyder.com>

◎ 1 attachments (143 KB)

Inv_26557_from_Aufdermauer_Pearce_Court_Reporting_12276.pdf;

**Aufdermauer Pearce Court Reporting**

**Invoice** *Due:04/02/2023*

26557

Amount Due: $0.00

Hi, Carl,

Attached is a copy of paid invoice 26557.

Thank you,

David Pearce

971-221-7344



Aufdermauer Pearce Court Reporting
16821 NW Oakridge Drive
Portland, OR 97229

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 26557 | 3/3/2023 | 3:20-cv-01967-SI |

| Job Date | Reporter |
|---|---|
| 2/14/2023 | TM |

| Case Name |
|---|
| Lucero v. USA, et al. |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past due accounts.

**PAID 03/12/2023**

Bill To: Law Offices of Daniel Snyder
John Burgess
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone: 971-221-7344

Tax ID No.: 20-4918657

| | | Amount |
|---|---|---|
| Case Name: Lucero v. USA, et al.<br><br>Original Transcript in Electronic Format - Edward Bance<br>Original Transcript in Electronic Format - Brian Wade<br>Original Transcript in Electronic Format - Andrew Grasley, MD | 51 pages<br>23 pages<br>19 pages | 216.75<br>97.75<br>85.50 |

**We appreciate your business!**

**Total** $400.00

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Visa, MasterCard, and Discovery Card now accepted

Web Site
www.apcourtreporting.com